UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

REVOCATION HEARING MINUTES

Date: 2/23/09
Case No.: 00 CR 54
United States v. Buchanan Meadors

Dep. Clerk: JDeitrich
Ct. Reptr.: John S.
Time Called: 1:43
Time Concluded: 2:21

United States by: Gail Hoffman
Probation Officer: Alicia Jones
Interpreter: ☐ Sworn

Deft. Buchanan Meadors in person, and by Attorney Dan Resheter

Witnesses:

The defendant:

☒ admitted guilt to violation of condition(s) __3 violations stipulated__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date of Violation |
| --- | --- | --- |
| 1. | failure to pay restitution | |
| 2. | lying on report | |
| 3. | 2 convictions - witness intim., DC | |

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

☒ The court revokes defendant's supervision.

☐ The court modifies defendant's conditions as follows:

**SENTENCING:**

Custody of Bureau of Prisons     Supervised Release/Probation

14 months each ct. c/c            0 years
consecutive to state sentence

Court's recommendation to Bureau of Prisons:_____

_____

### Special Conditions of Supervised Release/Probation

☐ report within 72 hours of release

☐ no firearms or other dangerous weapons

☐ no illegal possession, use of controlled substances

☐ community correction center for ____

☐ cooperate with I.N.S.

☐ submit to search by p.o.

☐ program of drug & alcohol testing and treatment as p.o. directs; no alcohol; pay cost of program as p.o. directs

☐ no work at or patronizing taverns

☐ pay restitution/fine balance at $____/month; apply all tax refunds to restitution/fine; change tax exemptions only if p.o. oks

☐ if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks

☐ no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)

☐ financial disclosure; file all taxes

☐ attend to child support

☐ cooperate with I.R.S.

☐ other:_____

_____
_____
_____

RESTITUTION: $ **49,350.³²** Payee: _____

Terms: **$100/mo.**

☒ Interest on restitution waived.

☒ Deft. to participate in FBP Inmates' Financial Responsibility Program

FINE: $_____ Terms:_____

☐ Interest on fine waived.

CUSTODY STATUS:

☒ Defendant remanded to custody of U.S. Marshal.

☐ Execution of sentence stayed until _____

☐ Voluntary surrender to institution.

☒ Defendant advised of right to appeal.

OTHER:


If sentencing is adjourned:

Sentencing date set for: _____ at _____

    ☐ Defendant remanded to custody of U.S. Marshall

    ☐ Bond continued/set

        ☐ with conditions as follows:

STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the revocation hrg report

or

☒ The Court adopts the factual findings and guideline application in the report except:

Guideline Range Determined by the Court:
    Grade of Violation: **B**
    Criminal History Category: **VI**
    Imprisonment Range: **21** to **27** months
    Supervised Release Range: ___ to **5** years (less any period of incarceration) **ct.1**
    Unsatisfied conditions of original sentence: **3 yrs, ct. 5**
    **$49,350.32**

☐ The sentence is within the guideline range.

☐ The sentence is outside the guideline range.